# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1493.  CLARK et al. v. THE STATE.**

This Court granted the application for interlocutory appeal filed by Allison D. Clark and five other individuals (Larry E. Farris, Jr., Christopher Harper, Debra Hutson, Tracy McMurray, and Cary J. Pilkenton), challenging the trial court's denial of their demurrer to the criminal indictment filed against them, which indictment alleged violations of the Racketeer Influenced and Corrupt Organizations Act (RICO). Following our review of the case, including consideration of the record that the appellants designated to be transmitted to this Court, we have determined that the application for interlocutory appeal was improvidently granted.

The order granting the application is therefore vacated, and the appeal is accordingly **DISMISSED**.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/11/2015
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] See generally *Habersham Oaks Assoc. L. P. v. Story*, 281 Ga. App. 511 (637 SE2d 213) (2006); *Leigh v. State*, 217 Ga. App. 583, 584 (458 SE2d 376) (1995); *Podskoc v. State*, 187 Ga. App. 669 (372 SE2d 11) (1988).